was interlocutory and that the Court of Appeals had no jurisdiction.

*Robert L. Redfield* for motion.

*Leslie C. Ferguson* opposed.

Motion denied, with ten dollars costs.

---

NEW YORK MUNICIPAL RAILWAY CORPORATION, by LINDLEY M. GARRISON, Receiver, Respondent, *v.* INTER-CONTINENTAL CONSTRUCTION CORPORATION, Defendant, and GLOBE INDEMNITY COMPANY et al., Appellants.

*Contract — surety bonds — action to recover for breach of construction contract — contention by sureties that they were released from liability through alterations in terms of contract.*

*N. Y. Municipal Ry. Corpn.* v. *Inter-Continental Construction Corporation*, 204 App. Div. 896, affirmed.

(Argued October 24, 1923; decided December 4, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 29, 1922, unanimously affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was to recover for an alleged breach of a contract for the reconstruction of certain tracks of the plaintiff's railroad. The appellants, sureties on the contractor's bond, contended that there was no actual default and that they had been relieved from liability by alterations in the terms of the contract.

*Nathan L. Miller, Tompkins McIlvaine* and *Ellwood Thomas* for appellants.

*D. A. Marsh, George D. Yeomans* and *Trabue Carswell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND and CRANE, JJ. Dissenting: HISCOCK, Ch. J., McLAUGHLIN and ANDREWS, JJ.